UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

NORMAN HOEWISCHER, individually,

         Plaintiff,

v.

Case No.: 3:11-cv-00548-HWM-JRK

JACKSONVILLE RESTAURANT ASSOCIATES
LLC, LC, a foreign limited liability company,

         Defendant.

_____

**NOTICE OF SETTLEMENT**

      Plaintiff, NORMAN HOEWISCHER, by and through the undersigned counsel, hereby gives the Court notice that the parties have reached a settlement in this matter. The parties are finalizing the settlement documents.

      Dated: February 18, 2012.

                              Respectfully submitted,
                              /s/ Barbra R. Joyner, Esq.
                              Barbra R. Joyner, Esq.

CERTIFICATE OF SERVICE

     I hereby certify that on February 18, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

                              Barbra R. Joyner, Esq.
                              Thomas B. Bacon, P.A.
                              1470 E. Michigan St.
                              Orlando, FL  32806
                              Email:  bjoyneresq@aol.com
                              Phone: (407) 481-7997
                              Fax: (407) 481-7986
                              Florida Bar. Id. No. 141348

                              By: /s/ Barbra R. Joyner, Esq.
                                    Barbra R. Joyner, Esq.