**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

NORMAN HOEWISCHER, etc.,

    Plaintiff,

v.     Case No.3:11-cv-548-J-12JRK

JACKSONVILLE RESTAURANT
ASSOCIATES, LLC, etc.,

    Defendant.

_____

This cause is before the Court on Plaintiff's Notice of Settlement (Doc. 21), filed February 20, 2012. Upon review of the matter, it is

**ORDERED** that this cause is hereby **DISMISSED** subject to the right of any party to move within sixty (60) days of the date of entry of this Order, to reopen the action, upon good cause shown, or to submit a stipulated form of final order or judgment. The Clerk is directed to close the case and to terminate all pending motions, hearings, and deadlines.

**DONE AND ORDERED** this __22nd__ day of February 2012.

*Howell W. Melton*
Senior United States District Judge

c:  Counsel of Record